IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-345-D

ELIZABETH JANE MAKURAT,    )
    )
    Plaintiff,    )
    )
    v.    )        **ORDER**
    )
MICHAEL J. ASTRUE,    )
Commissioner of the Social Security    )
Administration,    )
    )
    Defendant.    )

On July 19, 2012, Magistrate Judge Gates issued a Memorandum and Recommendation

("M&R") [D.E. 33]. In the M&R, Judge Gates recommended that the court deny plaintiff's motion

for judgment on the pleadings [D.E. 28], grant defendant's motion for judgment on the pleadings

[D.E. 30], and affirm the Commissioner's final decision. Neither party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of

those portions of the [magistrate judge's] report or specified proposed findings or recommendations

to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th

Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a

district court need not conduct a de novo review, but instead must only satisfy itself that there is no

clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there

is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E.

28] is DENIED, defendant's motion for judgment on the pleadings [D.E. 30] is GRANTED, the

defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

SO ORDERED. This **1S** day of August 2012.

JAMES C. DEVER III
Chief United States District Judge

2